

# IN THE
# TENTH COURT OF APPEALS

─────────────

### No. 10-19-00205-CV

**JAMES MCNEAL,**

**Appellant**

 **v.**

**JAMES DAVID PAGE AND SPOUSE,
TONY WARREN AND TAMRA WARREN,**

**Appellees**

─────────────

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D18-27157-CV

## MEMORANDUM OPINION

Appellant James McNeal has filed a notice that he filed a bankruptcy proceeding on July 12, 2019. *See* TEX. R. APP. P. 8.1. Further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion

of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal suspended; administratively closed
Opinion delivered and filed August 28, 2019
[CV06]

